UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN STARWAY,

Plaintiff,

v.

JEFFREY ZALASKY and
ERSTAD & RIEMER,

Defendants.

CIVIL NO. 01-1929 (RHK/JMM)

ORDER

The above matter is before the Court on Plaintiff's Motion for Default Judgment [Docket No. 2]. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment [Docket No. 2] is denied.

Dated: January 3, 2002

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

Plaintiff asserts that default judgment is appropriate because no Answer has been filed to his Complaint. In his submission to the Court, Plaintiff states that he served Defendant "by a neutral party twice by using the certified letters."

Plaintiff only makes reference to serving a single Defendant. He does not indicate which Defendant he is referring to, but the copy of a Certified Mail Receipt

FILED JAN 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

attached to his Motion indicates that the letter was addressed to Defendant Zalasky. In addition, there is no indication that Plaintiff has complied with the requirements for requesting a waiver of personal service set out in Rule 4(d) of the Federal Rules of Civil Procedure.

Rule 4(d) contains specific instructions for the notice and request which must be provided to any defendant from whom a waiver is sought. If these requirements are not met, there is no valid waiver of personal service, and service is ineffective. Barge v. Knight-Ridder Corp., 1996 WL 905621 at *3 (D. Minn. July 29, 1996). It appears that Plaintiff has not yet caused the Complaint to be served upon Defendants in compliance with the Rules of Civil Procedure. This must be accomplished promptly. See Fed. R. Civ. P. 4(m)("If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time").

J.M.M.